Entered on Docket
December 09, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



MICHAEL H. LUU, SBN 177818
Attorney at Law
1340 Tully Road, Suite 309
San Jose, CA 95122
Telephone (408) 425-6221
Fax (408) 270-2405

Attorney for Debtor

Dated December 08, 2010

_____
**Not Signed**

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**
_____

*For reason see below

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In Re:

**MEJIA, ALVARO**

    Debtor,

Case No. 10-60215 SLJ

ORDER FOR
MOTION TO IMPOSE AUTOMATIC STAY

**CHAPTER 13**

Date: None set
Time: None set
Court: 3099

    On the application of Debtor, ALVARO MEJIA for an order imposing the automatic stay beyond 30 days from the date of the filing of the petition, good cause appearing and there being no objection,

    **IT IS ORDERED THAT** the automatic stay under 11 U.S.C. § 362 is imposed pursuant to 11 U.S.C. §362( c)(3) as to all creditors.

***END OF ORDER***

```
 *The motion is untimely under Section 362(c)(4).
//

//
```

//

**Case No. <u>10-60215 SLJ</u>**

# COURT SERVICE LIST

Alvaro Mejia, 5105 Edenview Dr., San Jose, CA 95111

U.S. Trustee, 280 South First Street, Suite 268, San Jose, CA 95113

Devin Durham-Burk, Chapter 13 Standing Trustee, PO Box 1127, Pebble Beach, CA 93953-1127

AMERICAN EXPRESS
BOX 0001
Los Angeles, CA 90096-8000

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

BANK OF AMERICA
PO BOX 301200
Los Angeles, CA 90030-1200

CAPITAL ONE BANK (USA), N.A.
PO BOX 60599
City of Industry, CA 91716-0599

Fia Card Services, NA As Successor In Interest to
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713

PETER CHAO
5292 MONTEREY ROAD
San Jose, CA 95111

TAX COLLECTOR COUNTY OF SANTA CLARA
70 W. HEDDING ST.
San Jose, CA 95110

2
ORDER FOR MOTION TO IMPOSE AUTOMATIC STAY

| | |
|---|---|
| 1 | WACHOVIA |
| 2 | 525 E. MAIN ST |
| | El Cajon, CA 92020 |
| 3 | |
| | Wells Fargo Bank, N.A. |
| 4 | Home Equity Group |
| | X2303-01A - 1 Home Campus |
| 5 | Des Moines, IA 50328-0001 |
| 6 | Wells Fargo Bank, N.A. |
| | c/o Pite Duncan, LLP |
| 7 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 8 | San Diego, CA 92177-0933 |
| 9 | |
| 10 | |
| ... | |
| 28 | |

3
ORDER FOR MOTION TO IMPOSE AUTOMATIC STAY