**MICHAEL H. LUU, SBN 177818**
Attorney at Law
2290 Tully Road
San Jose, CA 95122
Telephone (408) 425-6221
Fax (408) 270-2405

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>**ALVARO MEJIA**<br><br>Debtor, | Case No. 10-6-0215 SLJ<br><br>**REQUEST FOR ENTRY OF DEFAULT ORDER WITH DECLARATION OF DEBTORS' ATTORNEY RE MOTION TO AVOID LIEN OF WELLS FARGO BANK, N.A.**<br><br>**CHAPTER 13** |

The undersigned declares:

1) I am the attorney for the debtors in the above action.

2) A Motion to Avoid Lien of WELLS FARGO BANK, N.A., a copy of which is linked as Docket # 19, was filed on November 21st, 2010.

3) The original Certificate of Service filed on November 21st, 2010 did not include service of process of the Motion to Avoid Lien to WELLS FARGO BANK, N.A.'s corporate officer(s) via certified mail pursuant to Rule 7004(h).

1

REQUEST FOR DEFAULT ORDER WITH
DECLARATION OF DEBTORS' ATTORNEY
RE: MOTION TO AVOID LIEN

4) Copies of the Motion to Avoid Lien of WELLS FARGO BANK, N.A and Notice of Motion to Avoid Lien of WELLS FARGO BANK, N.A and Opportunity to Request a Hearing have been re-served on all creditors and the Chapter 13 Trustee, a copy of which is linked as Docket # 29, was filed on December 24th, 2010.

5) Debtors request that an Order to the Motion to Avoid Lien of WELLS FARGO BANK, N.A as proposed in the linked motion (Docket # 19) be granted. The undersigned declares that no Request for Hearing, or objection made by the Trustee, any creditor, or any other party in interest have been received within the time provided.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 17, 2011, at San Jose, California.

LAW OFFICES OF MICHAEL H. LUU<br>
By: __/s/ Michael H. Luu__<br>
**Michael H. Luu**