**The Relief Sought in the following order is DENIED. Signed January 21, 2011**

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

MICHAEL H. LUU, SBN 177818
Attorney at Law
1340 Tully Road, Suite 309
San Jose, CA 95122
Telephone (408) 425-6221
Fax (408) 270-2405

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In Re:

**ALVARO MEIJA**

    Debtor,

Case No. 10-60215

ORDER FOR
MOTION TO IMPOSE AUTOMATIC STAY

**CHAPTER 13**

Date: None set
Time: None set
Court: 3099

On the application of Debtors, ALVARO MEIJA for an order imposing the automatic stay beyond 30 days from the date of the filing of the petition, good cause appearing and there being no objection,

**IT IS ORDERED THAT** the automatic stay under 11 U.S.C. § 362 is imposed pursuant to 11 U.S.C. §362( c)(3) as to all creditors.

```
Motion is untimely under 11 U.S.C. § 362(c)(3) as case was
filed 9/30/2010 and motion was filed 11/24/2010.
```

***END OF ORDER***

//

//

ORDER FOR MOTION TO IMPOSE AUTOMATIC STAY

1

| | |
|---|---|
| 1 | Case No. **10-60215** |
| 2 | |
| 3 | **COURT SERVICE LIST** |
| 4 | |
| 5 | Alvaro Meija |
| 6 | 5104 Edenview Dr. |
|   | San Jose, CA 95111 |
| 7 | U.S. Trustee |
| 8 | 280 South First Street, Suite 268 |
|   | San Jose, CA 95113 |
| 9 | |
| 10 | Devin Durham-Burk, |
|    | Chapter 13 Standing Trustee |
|    | PO Box 1127 |
| 11 | Pebble Beach, CA 93953-1127 |
| 12 | AMERICAN EXPRESS |
| 13 | BOX 0001 |
|    | Los Angeles, CA 90096-8000 |
| 14 | |
| 15 | BANK OF AMERICA |
|    | PO BOX 301200 |
|    | Los Angeles, CA 90030-1200 |
| 16 | |
| 17 | CAPITAL ONE BANK (USA), N.A. |
|    | PO BOX 60599 |
| 18 | City of Industry, CA 91716-0599 |
| 19 | PETER CHAO |
|    | 5292 MONTEREY ROAD |
| 20 | San Jose, CA 95111 |
| 21 | TAX COLLECTOR COUNTY OF SANTA CLARA |
|    | 70 W. HEDDING ST. |
| 22 | San Jose, CA 95110 |
| 23 | |
| 24 | WACHOVIA |
|    | 525 E. MAIN ST |
|    | El Cajon, CA 92020 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER FOR MOTION TO IMPOSE AUTOMATIC STAY

2